IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02679-BNB

DAVID L. COLLINS,

    Applicant, named as Appellant,

v.

CORRECTIONS CORPORATION OF AMERICA, d/b/a KIT CARSON
    CORRECTIONAL CENTER, and
WARDEN TRUSTEE CHAPMAN,

    Respondents, named as Respondant [sic].

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2010

GREGORY C. LANGHAM
CLERK

## ORDER OVERRULING OBJECTION

This matter is before the Court on the motion titled "Motion to Object" that Applicant, David L. Collins, submitted to and filed with the Court *pro se* on November 12, 2010.

Mr. Collins objects to Magistrate Judge Boyd N. Boland's November 3, 2010 order to cure. Therefore, the Court will construe the motion liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court concludes that Magistrate Judge Boland's November 3 order is neither clearly erroneous nor contrary to law. Therefore, Mr. Collins' liberally construed objection will be overruled. Accordingly, it is

ORDERED that the motion titled "Motion to Object" that Applicant, David L. Collins, submitted to and filed with the Court *pro se* on November 12, 2010, is construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), and the objection is overruled. It is

FURTHER ORDERED that Mr. Collins will be allowed **thirty (30) days from the date of this order** in which to cure the deficiencies designated in the November 3 order. Failure to do so within the time allowed will result in the dismissal of the instant action.

DATED at Denver, Colorado, this  15th  day of  November , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02679-BNB

David L. Collins
Prisoner No. 122803
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/16/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk